THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* EDWARD MARSHALL, a/k/a TAFT MORGAN, Defendant-Appellee.

(No. 55923; ▮▮▮▮▮▮▮▮

First District (1st Division)—August 20, 1973.

Opinion by Mr. JUSTICE HALLETT.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel,) for the People.

James J. Doherty, Public Defender, of Chicago, (Robert Gevirtz and Suzanne Xinos, Assistant Public Defenders, of counsel,) for appellee.